IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; and NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST,

No.

Plaintiffs,

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

v.

DIVERSIFIED METAL PRODUCTS, INCORPORATED,

Defendant.

## JURISDICTION AND VENUE

1. This is an action brought pursuant to Section 301 of the National Labor Relations Act, as amended (hereafter "the Act"), 29 U.S.C. § 185, and Section 502 of the Employee Retirement Income Security Act of 1974 (hereafter "ERISA"), 29 U.S.C. § 1132. Jurisdiction and venue are conferred upon this Court by 29 U.S.C. § 185(a), 1132(a), (e) and (f).

## PARTIES

2. Plaintiff NORTHWEST SHEET METAL WORKERS WELFARE FUND (hereafter "Welfare Trust") is a labor-management health and welfare trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.        - Page 1

1  sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1).  Plaintiff Welfare

2  Fund is administered in the State of Washington.

3          3.       Plaintiff NORTHWEST SHEET METAL WORKERS PENSION FUND

4  (hereafter "Pension Trust") is a labor-management pension trust fund created pursuant to the

5  provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own

6  name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1).  Plaintiff Pension Fund is

7  administered in the State of Washington.

8          4.       Plaintiff NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL

9  PENSION TRUST (hereafter "Supplemental Pension Trust") is a labor-management pension

10  trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c),

11  and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1).

12  Plaintiff Pension Fund is administered in the State of Washington.

13          5.       Defendant DIVERSIFIED METAL PRODUCTS ("DIVERSIFIED") is a sheet

14  metal contractor and is a party to a collective bargaining agreement with Sheet Metal Workers

15  Local 103.  That industry affects commerce within the meaning of the Act.  Diversified has

16  employed or does employ persons represented by Local 103.  Diversified's principal place of

17  business is 3710 N. Yellowstone Hwy, Idaho Falls, ID 83401.

18                                              **CLAIM FOR RELIEF**

19          6.       Plaintiffs incorporate by reference as though set forth fully herein paragraphs 1

20  through 5 above.

21          7.       The collective bargaining agreement between Defendant and Local 103 was in

22  effect at all times material hereto.  By that agreement Defendant B & B became obligated to make

23  monthly contributions to plaintiffs Welfare, Pension, and Supplemental Pension, as well as other

24  funds, on behalf of employees represented by Local 103.

25          8.       Defendant has also agreed to and has received money from its Local 103

26  employees, as part of the employees' after-tax wages, which Defendant is and was obligated on

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF –
NO.        - Page 2

1   a monthly basis to deposit into each employee's account, or submit to Local 103 as part of each

2   employee's dues obligation.  Defendant holds such money in trust.

3         9.      Payments due to the various plaintiff and non-plaintiff Trusts, and the amounts of

4   employees' after-tax wages held in trust by Defendant, are calculated pursuant to a contribution

5   reporting form required to be prepared monthly by Defendant.

6         10.     The completed contribution reporting form and accompanying payment are due at

7   the Welfare office and address within fifteen (15) days after the end of each calendar month.

8         11.      In May 2017, Defendant failed to timely make all contributions to Plaintiffs,

9   despite its obligation under the collective bargaining and trust agreements to do so and despite

10  demand by plaintiffs.  As such, Defendant owes outstanding late fees, in violation of its

11  obligations under the trust agreements and the collective bargaining agreement.

12        12.     Unless ordered by this Court, Defendant will continue to refuse to pay to the

13  Plaintiffs the late fees due them.  As a result, Plaintiffs will be irreparably damaged.

14        13.     In addition to the unpaid late fees, Plaintiffs are entitled to the following pursuant

15  to Section 502(g) of ERISA, 29 U.S.C. § 1132(g), and Section 301 of the Act, 29 U.S.C. §  185,

16  as amended:

17              (a)      Interest on the unpaid late fees;

18              (b)      Reasonable attorneys' fees and the costs of this action.

19        A copy of this complaint will be served upon the Secretary of Labor and the Secretary of

20  the Treasury by certified mail as required by ERISA, 29 U.S.C. § 1132(h).

21        WHEREFORE, plaintiffs demand judgment against the Defendant:

22        1.      Obligating Defendant to pay to plaintiffs the full amount of late fees owing, with

23  the proper amount of interest as established by Section 502(g) of ERISA, 29 U.S.C. § 1132(g), the

24  Trust Agreements, and the collective bargaining agreement;

25        2.      Restraining and enjoining Defendant, its officers, agents, servants, attorneys, and

26  all persons acting on its behalf or in conjunction with it from:  (a) refusing to pay late fees to

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

1  plaintiffs, and refusing to timely make payments for all periods thereafter for which Defendant is

2  obligated to file such reports under the terms of the collective bargaining agreement, and (b)

3  refusing to pay to plaintiffs all monies,  including interest, due from December 2017 to current,

4  and for all periods thereafter for which Defendant is obligated to make timely payments under the

5  terms of the collective bargaining agreement;

6          3.      Requiring Defendant to pay to plaintiffs reasonable attorneys' fees and the costs

7  of this action as set forth in Section 502(g) of ERISA 29 U.S.C. § 1132(g); and

8          4.      Granting plaintiffs such further and other relief as may be just and proper.

9          DATED this ___26th___ day of June, 2018.

10                                         MCKANNA BISHOP JOFFE, LLP

11

12                                         s/ Daniel Hutzenbiler
                                           Daniel R. Hutzenbiler
                                           WSBA No. 36938
13                                         Telephone: 503-821-0955
                                           Email: dhutzenbiler@mbjlaw.com
14                                         Of Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF –
NO.        - Page 4

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121