HON. RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al., | No. 2:18-cv-00946-RAJ |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| DIVERSIFIED METAL PRODUCTS, INC., | |
| Defendant. | |

TO:  DIVERSIFIED METAL PRODUCTS, INC.

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed with prejudice against Defendant Diversified Metal Products, Inc.

DATED this 19th day of September, 2018.

MCKANNA BISHOP JOFFE, LLP

s/ Daniel Hutzenbiler
Daniel R. Hutzenbiler
WSBA No. 36938
Telephone: (503) 821-0955
Email: dhutzenbiler@mbjlaw.com
Of Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL -
No. 2:18-cv-00946-RAJ, Page 1

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL** on:

Geoff McConnell, attorney for Diversified Metal Products, Inc.
McConnell Wagner Sykes & Stacey, PLLC
827 E. Park Blvd., Suite 201
Boise, ID 83712

by the following indicated method or methods:

    ☒  by **mailing** a copy thereof in a sealed, first-class postage-paid envelope, addressed to the attorney(s) listed above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

    ◯  by **faxing** a copy thereof to at the fax number(s) shown above, on the date set forth below.

    ◯  by **eservice** via the court's efiling system on the date set forth below.

DATED this 19th day of September, 2018.

                          MCKANNA BISHOP JOFFE, LLP

                          s/ Daniel Hutzenbiler
                          Daniel R. Hutzenbiler
                          WSBA No. 36938
                          Telephone: (503) 821-0955
                          Email: dhutzenbiler@mbjlaw.com
                          Of Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL -
No. 2:18-cv-00946-RAJ, Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121